UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONG VANG,<br><br>            Petitioner,<br><br>      v.<br><br>R. GOWER,<br><br>            Respondent. | No. 2:13-cv-1317 KJM CKD P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On September 24, 2013, respondent filed a motion to dismiss.  Petitioner has not filed an opposition to the motion.  Good cause appearing, IT IS HEREBY ORDERED that petitioner file an opposition to respondent's pending motion to dismiss, or a statement of non-opposition, within thirty days.  Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated:  November 12, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vang1317.146